Ernestine Ava Combs
P. O. Box 2298
Newport News, VA 23609

January 9th, 2021



NORFOLK DIVISION

F
I
L
E
D

JAN 1 2 2021

F
I
L
E
D

CLERK
U.S. BANKRUPTCY COURT

U. S. Bankruptcy Court
Attn: Hon. Stephen C. St. John
600 Granby Street Room 400
Courtroom 1, 4th Floor
Norfolk, VA 23510

Dear Honorable Stephen C. St. John,

I'm am writing to you to follow up, in regards to,  the letter I wrote the courts on December 5th, 2020.  I'm very disturbed by the services that I'm failing to receive that are due to me as appointed by the law of Virginia.  When a client has filed bankruptcy it is for several reasons deemed by the pursuant of the law of Virginia.  Also being represented by an Attorney there are certain sanctions that they swear to uphold in order to serve their client in the most honest and non-neglectful way under their sworn testament.

Under the Rules of Professional Conduct:

In all professional functions a lawyer should be competent, prompt and diligent. A lawyer should maintain communication with a client concerning the representation. A lawyer should keep in confidence information relating to representation of a client except so far as disclosure is required or permitted by the Rules of Professional Conduct or other law.



The primary purpose of bankruptcy is to give a debtor a "fresh start" through which some debts can be paid, restructured, or discharged.

My main reason for filing the bankruptcy was because I had to get out of a lease when I got laid off a job in June 2017.   Since these occurrences I have had more than 6 places of residences and until recently have not been able to keep sustainable employment until recently May 2020.   This has caused me a hardship that is causing me to not be able to get a home of my own
Since this bankruptcy my Attorney has refused to represent me properly as ordered by the sworn testimony she took when being sworn in as an Attorney in the State of Virginia.

If I were an Attorney and took someone's case like my own.  I would ensure that they would be represented correctly and knowing that my client can't get a home of her own to have her privacy, to visit with her children for more than 3 years, and to establish stability with obtaining a residence of her own.

Each and every time I applied to different apartment complexes I would get denied due to several occurrences that are showing falsely on my landlord tenant report.

I sent my Attorney a letter on December 4th, 2020 stating that my address has been changed. This is still not reflecting such in the Bankruptcy Court database.

I sent her the same letter and spoke to her on several occasions in regards to the two following situations that is causing me this hardship:

In which she stated that, "I was evicted from Stoney Run Apartments but she is not sure about the other Apartments."

This information is not accurate. Please read the case information for both claims:


Defendent: Ernestine Ava Combs
Plaintiff: KPM, LLC
Case: 550GV1900657800
Court: Chesapeake General District Court
Notice Type: Unlawful Detainer
Disposition: Default Judgement
Disposition Date: 5/10/2019
Filing Date: 4/18/2019
Judgement Date: 5/10/2019

*This court case was filed while I was still living on the premises in which I did not leave until June 4th, 2019. Rent was paid on time every month. However, when I sent the management a letter on April 4th, 2019 that I would be vacating the property on June 4th, 2019 because of the 60 day notice that they were requiring for me to leave. They apparently filed this notice without me knowing. There was no rent monies due.


Defendent: Ernestine Ava Combs
Plaintiff: Stoney Run Apartments, LLC
Case: 703GV1700835600
Court: Newport News 7th General District Court
Notice Type: Unlawful Detainer
Disposition: Judgement Satisfied
Disposition Date: 7/10/2017
Filing Date: 06/06/2017

*This court case was filed on June 6th and it shows that I paid the rent and the item was satisfied, however, it makes it look like I was evicted from the property. When it fact I put in my notice with this property on June 2017 right after I got laid off. And they were asking me to pay over $2600 to break my lease. As you can see in the email that is attached dated October 2017. I turned in my keys and forwarding address to Tara Cooper, Assistant Manager on September 21st and completed a walk through of my apartment on September 25th with the Manager, Lisa Gregory.

I have contacted both courts and they have stated that a letter to the Attorney on file in each case from my Attorney to reflect of a notice of Satisfactory would have sufficed. I'm just going to have to take the matters in my own hand because it is apparent that I can't get a resolve or help in these unjustified matters through the courts.

Sincerely,

Ernestine Combs

Cc: Jessica Ralsten Casey, Esquire
Casey Legal, P.C.
753 Thimble Shoals Blvd.
Suite #2B
Newport News, VA. 236060

Cc: Michael P. Cotter, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

SUMMONS FOR UNLAWFUL DETAINER
(CIVIL CLAIM FOR EVICTION)

VA. CODE § 8.01-126

Commonwealth of Virginia
General District Court

CASE NO. V17 00876

Newport News General District Ct Rm.D
2500 Washington Avenue Newport News VA 23607

HEARING DATE AND TIME
02/06/2017
11:00 am

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below.
TO THE DEFENDANT(S): You are commanded to appear before this Court on
02/06/2017 .............. at 11:00 am ..... to answer this civil claim.

DATE ISSUED ............ CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [ ]
1/12/17

CLAIM AND AFFIDAVIT: That Defendant(s) unlawfully detains and withholds from Plaintiff(s):
600 Cobblestone Cir. #207
ADDRESS/DESCRIPTION OF DETAINED PROPERTY
Newport News VA 23608

Stoney Run Apartments LLC
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)
t/a Stoney Run Breezeway Apts
650 Stoney Creek Lane
Newport News VA 23608
TELEPHONE NUMBER

Combs, Ernestine xx-xxx-3070
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)
TELEPHONE NUMBER

and that the Defendant should be removed from possession based on the following:
[ ] Unpaid rent [ ]
and further that rent is due and owing and that rent be paid the for,
$. 1209.88 ..... rent due the for, January 2017 .....
PERIOD

$ ..... 0.00 ..... damages for the ..... with interest ..... 107.90 .....
RATE(S) AND BEGINNING DATE(S)

and $ costs
RENT 56.00 ..... and $ ..... civil recovery and $ ..... late fee
$ 16.00 ..... costs and $ ..... civil recovery and $ 100.00 ..... attorney's fee
with interest at 6.000% .....
RATE(S) AND BEGINNING DATE(S)
attorney's fees.

Plaintiff requests judgment for all amounts due as of the date of the hearing.
[ ] This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, § 55-248.2 et seq. of the Code of Virginia.

CHARLENE HANKS
PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT

600 Cobblestone Cir. #207
Newport News VA 23608
TELEPHONE NUMBER

Subscribed and sworn to before me on
COMMONWEALTH OF VIRGINIA
NOTARY PUBLIC
My commission expires OCTOBER 31, 2019
MY COMMISSION EXPIRES OCTOBER 31, 2019
CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [ ] NOTARY PUBLIC
City of [ ] County of .. Virginia Beach ..

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting a change of trial location and your right
to prevent this unlawful detainer action through payment
of amounts owed.

[ ] To dispute this case, you must appear on the return
date to try this case
[ ] To dispute this case, you must appear on the return
date for the judge to set another date for trial.

If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Bill of Particulars ordered ..... DUE DATE
Grounds of Defense ordered ..... DUE DATE

ATTORNEY FOR PLAINTIFF(S)
David D. Dickerson & Associates
115 S Lynnhaven Rd.
Virginia Beach, VA 23452
757-463-4900
ATTORNEY FOR DEFENDANT(S)
TELEPHONE NUMBER

CASE DISPOSITION
[ ] JUDGMENT that Plaintiff(s) recover against
[ ] named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-126.
[ ] A hearing shall be held on ..... to establish final rent and damages.
DATE AND TIME

[ ] Immediate writ of possession authorized pursuant to Virginia Code.
[ ] § 8.01-129 based upon a judgment of default for [ ] a tenant's breach
[ ] the nonpayment of rent [ ] immediate non-remediable termination.
[ ] § 55-243(C) or § 55-248.34.1(D).
DEFENDANT(S) PRESENT: [ ] YES [ ] NO

[ ] Rent, in the sum of $ .....
[ ] Judgment interest. .. 6% from DOJ .. and $ .....
$ 56.00 ..... costs and $ ..... civil recovery and $ ..... late fee
HOMESTEAD EXEMPTION WAIVED [ ] YES [ ] NO RATE(S) AND BEGINNING DATE(S)
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] NO [ ] CANNOT BE DEMANDED attorney's fee
[ ] NON-SUIT [ ] DISMISSED DEFENDANT(S) PRESENT [ ] YES [ ] NO

DATE ..... JUDGE

FORM DC-421X FRONT 07/14 (A) 60107 7/15)

[ ] date to try this case
[ ] date for the judge to set another date for trial.

[ ] Defendant must pay:
$ ..... RENT OWED ..... into the court to be held in escrow by ..... DATE
and any rents coming due the prior to the next hearing date must also be paid into the court.

MONEY JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION
DATE ..... CLERK

JUDGE'S INITIALS

DISABILITY ACCOMMODATIONS for loss of vision, hearing, mobility, etc. Contact the court ahead of time.

DISMISS
DISMISS
SSRA RECEIVED
NEWPORT NEWS
CIVIL DIVISION
17 JAN 26 PM 2:
THIRD PARTY
ATLANTIC PROCESS SERVERS
PPS
17 JAN 17 AM 10:37
CIVIL DIVISION
NEWPORT NEWS
FEB 06 2017

I CERTIFY THAT THE DOCUMENT TO WHICH
THIS AUTHENTICATION IS AFFIXED IS A TRUE
COPY OF A RECORD IN THE NEWPORT NEWS
GENERAL DISTRICT COURT - CIVIL DIVISION,
THAT I HAVE CUSTODY OF THE RECORD, AND
THAT I AM THE CUSTODIAN OF THAT RECORD.

1-11-2021        ☐ CLERK   ☑ DEPUTY CLERK
DATE

This is an attempt to collect a debt and any information will be used for that purpose.

**SUMMONS FOR UNLAWFUL DETAINER**
(CIVIL CLAIM FOR EVICTION)

VA. CODE § 8.01-126

Commonwealth of Virginia

Newport News General District, Cl. Rm. D.
**Courtroom D**    General District Court
CITY OR COUNTY
2500 Washington Avenue Newport News VA 23607
STREET ADDRESS OF COURT

CASE NO. V17 03171

HEARING DATE AND TIME
03/07/2017
11:00 am

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below;
TO THE DEFENDANT(S): You are commanded to appear before this Court on

DATE ISSUED
03/07/2017
FEB 17 2017

RETURN DATE AND TIME
11:00 am

RETURN DATE AND TIME

CLERK ☒ DEPUTY CLERK [ ] PLAINTIFF(s)

17 FEB 15 AM 10: 4
Combs, Ernestine xx-xx-3070
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)

CIVIL DIVISION
NEWPORT NEWS

and that the Defendant should be removed from possession based on the following:

CLAIM AND AFFIDAVIT: That Defendant(s) unlawfully detains and withholds (from Plaintiff(s)):
ADDRESS/DESCRIPTION OF DETAINED PROPERTY
600 Cobblestone Cir #207      Newport News VA 23608

600 Cobblestone Cir #207
Newport News VA 23608
TELEPHONE NUMBER

☒ Unpaid rent [ ]
$  1194.00   rent due for    February 2017
RENT                              PERIOD

and $   0.00   damages for,
RENT                              PERIOD

Stoney Run Apartments, LLC.
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)
t/a Stoney Run Breezeway Apts
650 Stoney Creek Lane
Newport News VA 23608
TELEPHONE NUMBER

and $ costs    58.00    and $           civil recovery and $   100.00   attorney's fees
[ ] Plaintiff requests judgment for all amounts due as of the date of the hearing.
☒ This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, § 55-248.2 et seq. of the Code of Virginia.

All required notices have been given.

with interest.   6.0000%
(YES) AND BEGINNING DATE(S)

107.90   late fee

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting a change of trial location and your right
to prevent this unlawful detainer action through payment
of amounts owed.

Subscribed and sworn to before me this           day of
NOTARY REGISTRATION #           February, 20   17
DANIELLE GAYLE
My commission expires           Notary Public
Commonwealth of Virginia
Reg. #7699768
My Commission Expires Jan. 31, 2020

[ ] To dispute this case, you must appear on the return
date to try this case
[ ] To dispute this case, you must appear on the return
date for the judge to set another date for trial.
☒ If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

February   20   17

[PLAINTIFF(s)] [ ] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT
MAGISTRATE [ ] NOTARY PUBLIC
Virginia Beach

**CASE DISPOSITION**
[ ] JUDGMENT that Plaintiff(s) recover against
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing shall be held on

[ ] named DEFENDANT(S).

Grounds of Defense ordered          DUE DATE

Bill of Particulars ordered          DUE DATE

[ ] Defendant must pay:

[ ] Immediate writ of possession authorized pursuant to Virginia Code
[ ] [ ] § 8.01-129 based upon a judgment of default for [ ] a tenant's
[ ] the nonpayment of rent [ ] immediate non-remediable termination.
[ ] § 55-243(C) or § 55-248.34:1(D).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

ATTORNEY FOR PLAINTIFF(S)
David D. Dickerson & Associates
115 S Lynnhaven Rd
Virginia Beach VA 23452
757-463-4600

$           RENT OWED
into the court to be held in
escrow by                    DATE

and any rents coming due prior
to the next hearing date must
also be paid into the court.

[ ] Redemption tender
presented, continued to:

ATTORNEY FOR DEFENDANT(S)

[ ] Rent, in the sum of $                      and $
and $.                           damages with interest,                      late fee
costs                    civil recovery and $.                    attorney's fees,
and

$  57.00   DISMISS  RATES(S) AND BEGINNING DATE(S)   and
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] to establish final rent and damages.
[ ] NON-SUIT ☒ DISMISSED DEFENDANT(S) PRESENT? [ ] YES ☒ NO

DATE           JUDGE
3/7/17         DISMISS

DISABILITY ACCOMMODATIONS for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

[ ] MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION
DATE

CIVIL DIVISION
NEWPORT NEWS
17 FEB 23 PM 2: 26

FORM DC-421X FRONT 07/14 (A15139B 10/14)

**ORIGINAL**

**SSRA RECEIVED**

DISMISS

03/07/2017  S

I CERTIFY THAT THE DOCUMENT TO WHICH
THIS AUTHENTICATION IS AFFIXED IS A TRUE
COPY OF A RECORD IN THE NEWPORT NEWS
GENERAL DISTRICT COURT - CIVIL DIVISION,
THAT I HAVE CUSTODY OF THE RECORD, AND
THAT I AM THE CUSTODIAN OF THAT RECORD.

1-16-2021
DATE
☐ CLERK ☐ DEPUTY CLERK

SUMMONS FOR UNLAWFUL DETAINER
CIVIL CLAIM FOR EVICTION)

This is an attempt to collect a debt and any information will be used for that purpose

Newport News General District Ct Rm. D
Commonwealth of Virginia
VA. CODE § 8.01-126

2500 Washington Avenue Newport News VA 23607
CITY OR COUNTY
STREET ADDRESS OF COURT

Courtroom D
General District Court

HEARING DATE AND TIME
05/08/2017
11:00 am
S

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below;
TO THE DEFENDANT(S): You are commanded to appear before this Court on

DATE ISSUED
APR 19 2017

RETURN DATE AND TIME
11:00 am

to answer this civil claim.

CASE NO. Y17 07126

05/08/2017
11:00 am

CLAIM AND AFFIDAVIT: That the Defendant(s) unlawfully detains and withholds from Plaintiff(s):
600 Cobblestone Cir #207          Newport News VA 23608

PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)
t/a Stoney Run Breezeway Apts

ADDRESS/DESCRIPTION OF DETAINED PROPERTY
950 Stoney Creek Lane
Newport News VA 23608

TELEPHONE NUMBER

and that the Defendant should be removed from possession based on the following:

DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)
Combs, Emeline xxx-xx-3070

[✓] This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, § 55-248.2 et seq. of the Code of Virginia.

TO ANY AUTHORIZED OFFICER: You are commanded to appear before this Court on
and further that rent is due and owing and damages have been incurred as follows:

600 Cobblestone Cir #207
Newport News VA 23608

TELEPHONE NUMBER

NEWPORT NEWS
DIVISION

$ 196.98          rent due for April 2017
RENT                      PERIOD

$ 0.00          damages for
DAMAGES                PERIOD

and $ 58.00          and $          with interest 107.90          at          6.0000%
costs                                                                          late fee

17 APR 27 PM 1:22

and $          civil recovery and $ 60.90          attorney's fees.

[✓] Plaintiff requests judgment for all amounts due as of the date of the hearing.

TO DEFENDANT: You are not required to appear,
however, if you fail to appear, judgment may be entered
against you. You fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting this unlawful detainer action through payment
of amounts owed.

[ ] Redemption tender
presented; continued to:

All required notices have been given.

[ ] To dispute this case, you must appear on the return
date to try this case

BUDGET SHUFFING

Subscribed and sworn to before me this 12th day of          20    17
COMMONWEALTH OF VIRGINIA          [ ]          [ ]
MY COMMISSION EXPIRES 2/28/2017          [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

[ ] PLAINTIFF(S) [ ] PLAINTIFF'S ATTORNEY [ ] MAGISTRATE

To dispute this case, you must appear on the return
date for the judge to set another date for trial.

[✓] Defendant must pay:

If you fail to appear a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Virginia Beach
NOTARY PUBLIC

Bill of Particulars ordered

CASE DISPOSITION
[ ] JUDGMENT [ ] named DEFENDANT(S).
[ ] JUDGMENT that Plaintiff(s) recover against
[ ] possession of the premises described above pursuant to § 8.01-126.
[ ] A hearing shall be held on          to establish final rent and damages.

Grounds of Defense ordered:          DUE DATE

[ ] Immediate writ of possession authorized pursuant to Virginia Code
    [ ] § 8.01-129 based upon a judgment of default for [ ] a tenancy
    [ ] the nonpayment of rent [ ] immediate non-remediable termination.
    [ ] § 55-243(C) or § 55-248.34(1)(D).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

ATTORNEY FOR PLAINTIFF(S):
David D. Dickerson & Associates
716 S. Lynnhaven Rd
Virginia Beach VA 23452

ATTORNEY NAME
TELEPHONE NUMBER

[ ] Defendant owes
to the Court to be held in

DATE          and $          late fee
                 DATE

[ ] Rent, in the sum of $          and $          and
                 costs and $          attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S)
[ ] NON-SUIT [ ] DISMISSED NAMED DEFENDANT(S)

$0.00
$0.0
and $
damages with interest.

DISMISS

JUDGE

JUDGE

ATTORNEY FOR DEFENDANT(S)

ATTORNEY NAME          TELEPHONE NUMBER

DISABILITY ACCOMMODATIONS for loss of
vision, hearing, mobility, etc. Contact the court ahead of

FORM DC-421X FRONT 07/14 (A172J18 1/17)

[ ] MONEY JUDGMENT PAID OR
    SATISFIED PURSUANT TO
    ATTACHED NOTICE OF
    SATISFACTION

JUDGE'S INITIALS

DATE

SSRA
RECEIVED

ORIGINAL

I CERTIFY THAT THE DOCUMENT TO WHICH
THIS AUTHENTICATION IS AFFIXED IS A TRUE
COPY OF A RECORD IN THE NEWPORT NEWS
GENERAL DISTRICT COURT - CIVIL DIVISION,
THAT I HAVE CUSTODY OF THE RECORD, AND
THAT I AM THE CUSTODIAN OF THAT RECORD.

1-11-2021
DATE          □CLERK  ☑DEPUTY CLERK

**SUMMONS FOR UNLAWFUL DETAINER**
(CIVIL CLAIM FOR EVICTION)

This is an attempt to collect a debt and any information will be used for that purpose.

......Newport News General District Ct. Rm D......
**Courtroom D**   Commonwealth of Virginia
2500 Washington Avenue Newport News VA 23607   General District Court

CASE NO. **V17 08356**

Scanned
06/06/2017

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s):
TO THE DEFENDANT(S): You are commanded to appear before this Court on

t/a Stoney Run Breezeway Apts.
Stoney Run Apartments LLC
PLAINTIFF(S) NAMED (LAST, FIRST, MIDDLE)

650 Stoney Creek Lane
Newport News VA 23608

06/06/2017         11:00 am
DATE ISSUED        RETURN DATE AND TIME

MAY 1 6 2017      11:00 am
                  to answer this civil claim.

[ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

TELEPHONE NUMBER

CLAIM AND AFFIDAVIT: That Defendant(s) unlawfully detains and withholds from Plaintiff(s):
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

Combs, Ernestine xxx-xx-3070
DEFENDANT(S) NAMED (LAST, FIRST, MIDDLE)

600 Cobblestone Cir #207
Newport News VA 23608

TELEPHONE NUMBER

600 Cobblestone Cir. #207
Newport News VA 23608

and that the Defendant should be removed from possession based on the following:

[N] unpaid rent [ ]
and further that rent is due and owing and damages have been incurred as follows:

$ 1079.00 ......... rent due for ...May, 2017.........
RENT                                    PERIOD

and $ ......0.00...... damages for .......................

and $ costs ......58.00...... and $ .......................... civil recovery and $ ..100.00.. attorney's fees.

[ ] Plaintiff requests judgment for all amounts due as of the date of the hearing.

This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant Act, § 55-248.2 et seq., of the Code of Virginia.

All required notices have been given.

Subscribed and sworn before me this ......... day of ......., 20...., Commonwealth of Virginia

My commission expires: .................

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location and your right to prevent this unlawful detainer action through payment of amounts owed.

[ ] To dispute this case, you must appear on the return date to try this case

[N] To dispute this case, you must appear on the return date for the judge to set another date for trial.

If you fail to appear and a default judgment is entered against you, a writ of possession may be issued immediately for possession of the premises.

Bill of Particulars ordered ......................

Grounds of Defense ordered ......................

**ATTORNEY FOR PLAINTIFF(S)**

David D. Dickerson & Associates
115 S Lynnhaven Rd.
Virginia Beach VA 23452
757-463-4900
ATTORNEY FOR DEFENDANT(S)

DANIELLE CRAWFORD [ ] PLAINTIFF [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT
My Commonwealth of Virginia
Notary Public
My Commission Expires Jan 31, 2020
Virginia Beach

**CASE DISPOSITION**

[ ] JUDGMENT that Plaintiff(s) recover against ....[X].... named DEFENDANT(S):

[ ] possession of the premises described above pursuant to § 8.01-126.

[ ] A hearing shall be held on ................ to establish final rent and damages.
                                DATE AND TIME

[ ] Immediate writ of possession authorized pursuant to Virginia Code

[ ] § 8.01-129 based upon a judgment of default for [ ] a trustee's deed following foreclosure
   [ ] the nonpayment of rent [ ] immediate non-remediable termination.
[ ] § 55-243(C) or § 55-248.34.1(D).

DEFENDANT(S) PRESENT? [ ] YES [ ] NO

06/06/17
DATE

$..07.40...
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO
[ ] JUDGMENT FOR: [ ] NAMED DEFENDANT(S)
[ ] NON-SUIT [ ] DISMISSED DEFENDANT(S) PRESENT? [ ] YES [ ] NO

[X] Rent, in the sum of $ ...1,079.00... and $ ....... with interest, ....6.00..% ....107.90..... late fee
RENT                                    RATE(S) AND BEGINNING DATE(S)

and $ .........0.00...... and $ .......................... civil recovery and $ ..100.00.. attorney's fees,
DAMAGES                 RATE(S) AND BEGINNING DATE(S)

$ ...07.40... costs and $ ..................... and ........................... late fee
                                        RATE(S) AND BEGINNING DATE(S)
damages with interest.

6/6/17
DATE

R.R.Krow
JUDGE

6/6/17
DATE

R.R.Krow
JUDGE

[ ] Defendant must pay:

$ ................. into the court to be held in escrow by ...............

and any rents coming due prior to the next hearing date must also be paid into the court.
DATE

NEXT OWED  DATE
HEARING DATE AND TIME

JUDGE'S INITIALS

17 MAY 24
NEWPORT NEWS
CIVIL DIVISION

[ ] Redemption tender presented; continued to: ..............

MONEY JUDGMENT PAID OR SATISFIED; PURSUANT TO ATTACHED NOTICES OF SATISFACTION

NEWPORT NEWS
CIVIL DIVISION

JUDGE  DATE
CLERK

DISABILITY ACCOMMODATIONS for persons with disabilities (vision, hearing, mobility, etc.) available upon request. Contact the Court ahead of time.

My commission expires: ..................

NOTARY REGISTRATION NO. ..................

FORM DC-421X FRONT 07/14 (A/17221R 1/17)

**ORIGINAL**

I CERTIFY THAT THE DOCUMENT TO WHICH
THIS AUTHENTICATION IS AFFIXED IS A TRUE
COPY OF A RECORD IN THE NEWPORT NEWS
GENERAL DISTRICT COURT - CIVIL DIVISION,
THAT I HAVE CUSTODY OF THE RECORD, AND
THAT I AM THE CUSTODIAN OF THAT RECORD.

_____ □ CLERK  □ DEPUTY CLERK
DATE

# SUMMONS FOR UNLAWFUL DETAINER
(CIVIL CLAIM FOR EVICTION)

This is an attempt to collect a debt and any information will be used for that purpose.

HEARING DATE AND TIME

Commonwealth of Virginia

....Newport News.General.District.Ct.Rm.D.................. General District Court

CASE NO. V77 11166

07/12/2017 11:00 am

2500 Washington Avenue Newport News VA 23607
STREET ADDRESS OF COURT

Courtroom D

Combs, Ernestine xxx-xx-3070
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)

Stoney.Run.Apartments.LLC.,
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)
t/a.Stoney.Run.Breezeway.Apts
680 Stoney Creek Lane
Newport News VA 23608
TELEPHONE NUMBER

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s).
TO THE DEFENDANT(S): You are commanded to appear before this Court.

07/12/2017        11:00 am
DATE ISSUED       RETURN DATE AND TIME

[ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [ ] MAGISTRATE
[ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

CLAIM AND AFFIDAVIT: That Defendant(s) unlawfully detains and withholds from Plaintiff(s):
680 Cobblestone Cir. #207
ADDRESS/DESCRIPTION OF DETAINED PROPERTY
Newport News VA 23608

and that the Defendant should be removed from possession based on the following:

and further that rent is due and owing and damages have been incurred as follows:
$ 1179.32  rent due for  June 2017
          RENT              PERIOD
and $  0.00  damages for: ............................ ........and $......  107.90  late fee
and $ costs
$  58.00  .........and $...........civil recovery and $....  101.00  attorney's fees.
                                    RATE(S) AND BEGINNING DATE(S)
[ ] This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
    Act, § 55-248.2 et seq., of the Code of Virginia.
[ ] Plaintiff requests judgment for all amounts due as of the date of the hearing.
[ ] All required notices have been given.

MICHELLE PAINTER
Subscribed and sworn to before me this  12th  day of  June , 20  17.
NOTARY REGISTRATION #_____
My commission expires Oct 31 2020

[signature] NOTARY PUBLIC
Virginia Beach

TO DEFENDANT: Your landlord has sued to have you evicted,
however, if you fail to appear the court may enter a judgment
against you. See the attached Notice concerning your right,
about requesting a change of venue/payment
to prevent this unlawful detainer action. Your right.
of amounts owed.

[ ] To dispute this case, you must appear on the return
    date to try this case

[ ] To dispute this case, you must appear on the return
    date for the judge to set another date for trial.

If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Bill of Particulars ordered _____        DUE DATE _____

Grounds of Defense ordered _____         DUE DATE _____

ATTORNEY FOR PLAINTIFF(S)
David D. Dickerson & Associates
115 S Lynnhaven Rd
Virginia Beach VA 23452
757-463-4900
TELEPHONE NUMBER

ATTORNEY FOR DEFENDANT(S)

DISABILITY ACCOMMODATIONS for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

CASE DISPOSITION
[ ] Rent, in the sum of $ _____
[ ] JUDGMENT that Plaintiff(s) recover against _____ named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing shall be held on _____ to establish final rent and damages.
                              DATE AND TIME

[ ] Immediate writ of possession authorized pursuant to Virginia Code:
    [ ] § 8.01-129 based upon a judgment of default for [ ] a trustee's deed following foreclosure
    [ ] the nonpayment of rent [ ] immediate non-remediable termination.
    [ ] § 55-243(C) or § 55-248.34(1)(D).
DEFENDANT(S) PRESENT [ ] YES [ ] NO

[ ] Rent, in the sum of $ _____
    damages with interest, and $ _____   and
$ _____  costs and $ _____, attorney's fees.
                          RATE(S) AND BEGINNING DATE(S)
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S)
[ ] NON-SUIT [ ] DISMISSED DEFENDANT(S) PRESENT [ ] YES [ ] NO

FORM DC-421X FRONT 07/14 (A17Z218 J/17)

DATE _____        JUDGE _____

[ ] named DEFENDANT(S).

... with interest and $ _____ ........... 6.0000% .
                          RATE(S) AND BEGINNING DATE(S)
and $ _____ attorney's fees.

[signature]  JUDGE

[1] Redemption tender
    presented; continued to:
    HEARING DATE AND TIME

[ ] Defendant must pay:
$ _____
      RENT OWED
    into the court to be held in
    escrow by _____

and any rents coming due prior
to the next hearing date must
also be paid into the court.
DATE _____  JUDGE'S INITIALS

SATISFIED-JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION
DATE _____   CLERK _____

RECEIVED
SSRPA
ATLANTIC PROCESS

17 JUL -6 AM 11:50
CIVIL DIVISION
NEWPORT NEWS

DISMISS
07/12/2017
11:00 am

I CERTIFY THAT THE DOCUMENT TO WHICH
THIS AUTHENTICATION IS AFFIXED IS A TRUE
COPY OF A RECORD IN THE NEWPORT NEWS
GENERAL DISTRICT COURT - CIVIL DIVISION,
THAT I HAVE CUSTODY OF THE RECORD, AND
THAT I AM THE CUSTODIAN OF THAT RECORD.

1-11-2021  ☐CLERK  ☒DEPUTY CLERK
DATE

IMG-2902.jpg



**RE: NOTICE TO VACANT PROPERTY**

Thu, Apr 04, 2019 02:22 PM

**Subject :** RE: NOTICE TO VACANT PROPERTY

APRIL 4TH, 2019

ATTN: CHRISTINE CARNEY

CLAIRMONT AT JOLIFF LANDING APARTMENTS

THIS LETTER WILL SERVE AS MY 60 DAY NOTICE THAT I WILL BE VACATING
THE PROPERTY AT:
2105 SILVERBERRY DRIVE APT 306
CHESAPEAKE, VA 23321

ON JUNE 4TH, 2019

SINCERELY,

ERNESTINE COMBS

1/9/2021                                    IMG-1223.jpg



## CLAIRMONT AT

# JOLLIFF
# LANDING
# A P A R T M E N T S

## *Welcome Home!*

We are so pleased that you have decided to call Clairmont at Jolliff Landing your new home!  We have provided some general information that will be useful in setting up your new home and will help familiarize you with the community.  If you have any questions, or if we can help in any way, gr please stop by the office, or call us at 757-542-8040.  We hope you enjoy your new home.

Your new address is : __2105 Silverberry Drive Apt 306__

Chesapeake, VA 23321

Your scheduled move-in date is: __June 25, 2018__          *

*Please be reminded that a renter's insurance general liability policy of $500,000 is a lease requirement. An insurance certificate with Clairmont at Jolliff Landing Apartments listed as an additional insured or a party of interest must be sent to the leasing office before keys can be issued. A copy of your vehicle registration is also required at move-in.

### Clairmont at Jolliff Landing Fax# 757-967-8547

The following phone numbers will be useful in setting up services for your new home:

| | | |
|---|---|---|
| **Electricity:** | Dominion Virginia Energy | 866-366-4357 |
| **\*Internet, Cable and Telephone:** | Cox Communications- J.P. Briggs | 757-406-2228 |
| | Verizon- Tiffany Dendy | 757-377-6371 |
| **Local Schools:** | Western Branch Primary School (K-2) | 757-638-7951 |
| | Western Branch Intermediate School (3-5) | 757-638-7941 |
| | Western Branch Middle School (6-8) | 757-638-7920 |
| | Western Branch High School (9-12) | 757-638-7900 |

*Availability subject to utility provider construction schedule

23608.

Attn: Management (Lisa & Tara)

Please accept this letter as
a notice that I will be vacating
the property sixty days from

July 18, 2017. On the day that
I signed the renewal I was rushed
due to some evictions papers
being drawn on me after I had
paid my rent. So because I
signed under diress situation and
leaving later that my job would
be eliminated I am challenging the
termination fee of $1800. Should you have
Please contact me
any questions   Eulestie Co⟶  7/18/17
Forward all mail:
8775 Fairground Rd.

**BILL OF PARTICULARS**
Commonwealth of Virginia    Rule 7B:2

Case No. .......... GV18-8653

October 17, 2018        11:00 am
TRIAL DATE AND TIME

.......... NEWPORT NEWS .......... General District Court
CITY OR COUNTY
2500 WASHINGTON AVENUE NEWPORT NEWS, VA 23607 (757) 926-3520
STREET ADDRESS OF COURT

ERNESTINE A COMBS         STONEY RUN APARTMENTS LLC
PLAINTIFF                 DEFENDANT

**TO THE PLAINTIFF:**
You are required to file with the court, and serve by mailing, a written BILL OF PARTICULARS by .......... 08/17/2018 ..........
DATE

The defendant's written GROUNDS OF DEFENSE is due to be filed with the court and served by mailing by .......... 09/18/2018 ..........
DATE

You are further required to fully state in the numbered paragraphs below each of the reasons/grounds why you think the defendant owes you the money or property claimed. You may attach additional paper if needed.

1. On July 18, 2017 I gave a notice of vacating the premises to the assistant manager, Tara Cooper with my forwarding address

2. It is a code of Virginia; 55-248.15:1 that security deposits and any deductions, damages and charges shall be itemized by landlord within 45 days

3. after moving out I never received any itemized bill to my new address 8775 Fairground Rd Bel Alton, VA 20611

4. Upon vacating the premises my apartment was completely cleaned and a week prior they had the owner's

5. do a tour of my apartment with one man stating that he's never been in apartment so warm and clean.
Also, please refer to pictures & Note.

[ ] See continuation sheet.

NOTICES: Failure to comply with this order may be grounds for awarding summary judgment in favor of the adverse party. Both parties must be prepared, at trial, to prove their case with admissible evidence. Upon trial the judge may exclude evidence as to matters not described in this pleading.

8/15/18
DATE

Ernestine Combs        [ ] PLAINTIFF    [ ] PLAINTIFF'S ATTORNEY

PRINT NAME
2105 Silverberry Dr Ve #306 Chesapeake, VA 23321
ADDRESS /TELEPHONE NUMBER OF SIGNATOR

**PLAINTIFF'S CERTIFICATE**
I certify that I delivered or mailed a completed copy of this BILL OF PARTICULARS to the clerk of this court and mailed to each attorney for the defendant, or to the defendant if not represented,
this .......... 15th .......... day of .......... August .........., 20 .. 18 ..

Ernestine A. Combs
SIGNATURE OF [ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY



OFFICIAL RECEIPT
NEWPORT NEWS GENERAL DISTRICT COURT, CIVIL DIVISION
CIVIL

DATE: 05/10/18 TIME: 13:29:15 ACCOUNT: 703GV18008653-00   RECEIPT: 18000003908
CASHIER: WXG   REG: NT28            TYPE: FULL PAYMENT
ACCT OF: THE BREEDEN COMPANY INC         RECD: COMBS, ERNESTINE A
   CASH:       $58.00
DESCRIPTION 1: PLT NAME: COMBS, ERNESTINE A
            2: SCHEDULED 06/15/2018 AT 09:00AM IN ROOM D      TYPE: WD
CODE DESCRIPTION           PAID   CODE DESCRIPTION            PAID
118   CIVIL PROCESS FEE     20.00   123   LEGAL AID FEE         9.00
147   INDIGENT ASSISTANCE    1.00   170   COURT TECH FUND      10.00
206   SHERIFF FEES          12.00   219   LAW LIBRARY           4.00
229   CHMF                   2.00
                                    TENDERED   :          58.00
                                    AMOUNT PAID:          58.00
                                    CHANGE AMT :            .00


          CLERK OF COURT: KAREN J. ROUTTEN



                    PAYOR'S COPY
             RECEIPT COPY  1  OF  3

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia          VA. CODE § 16.1-79

............................ NEWPORT NEWS ............................ General District Court
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

2500 WASHINGTON AVE NEWPORT NEWS, VA. 23607 ........................
STREET ADDRESS OF COURT
............................ CITY OR COUNTY
COURTROOM D         926-3520

TO ANY AUTHORIZED OFFICER: You are summoned to summon the Defendant(s).

TO THE DEFENDANT(S): You are hereby commanded to appear before this Court at the above address on
June 15th 2018 9:00 AM .... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

5-10-18
DATE ISSUED         [ ] CLERK [X] DEPUTY CLERK   [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ ............ 150.00 .... net of any credits, with interest at ...... 6.00 .% from date of ....... DOI ....... until paid,

$ ........... 58.00 .... costs and $ ............................ attorney's fees with the basis of this claim being

[ ] Open Account [ ] Contract   [ ] Note [ ] Other (EXPLAIN)
I NEVER RECEIVED AN ITEMIZED STATEMENT EXPLAINING WHY I DID
NOT RECEIVE MY SECURITY DEPOSIT.

HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO [ ] cannot be demanded

5-10-2018
DATE         [X] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ]: ..............................................

for $ ............................ net of any credits, with interest at ........ 6 .. % from date

of ............ DOI ...... until paid, $ ...... 58.00 .... costs and $ ............. attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]: ....................................
[ ] NON-SUIT [ ] DISMISSED
Defendant(s) Present? [ ] YES
                      [ ] NO

............................
DATE

............................
JUDGE

---

CASE NO.   G V / 8 0 0 8 6 5 3 - 0 0      HEARING DATE
                                          AND TIME
                                          June 15th 2018
COMBS, ERNESTINE A.         9:00 AM
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
2418 WILLOW POINT ARCH
............................
CHESAPEAKE, VA. 23320
............................
(757) 921-1206
............................

v.

THE BREEDING COMPANY INC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
SERVE R/A THOMAS G JOHNSON, JR/WILCOX & SAVAGE, PC
............................
4400 MONTICELLO AVE, STE 2200
............................
NORFOLK, VA 23510
............................

**WARRANT IN DEBT**

* * *

TO DEFENDANT: You are not required to appear, however,
if you fail to appear, judgment may be entered against you. See
the additional notice on the reverse about requesting a change
of trial location.
[ ] To dispute this claim, you must appear on the return date to
try this case.
[ ] To dispute this claim, you must appear on the return date
for the judge to set another date for trial.

Bill of Particulars                    ORDERED         DUE
............................
............................

Grounds of Defense                     ORDERED         DUE
............................
............................

ATTORNEY FOR PLAINTIFF(S)              ............................  DATE
............................

ATTORNEY FOR DEFENDANT(S)              ............................  CLERK
............................

JUDGMENT PAID OR
SATISFIED
PURSUANT TO
ATTACHED NOTICE
OF
SATISFACTION.

DISABILITY
ACCOMMODATIONS
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

NAME: ..................................................................

ADDRESS: ..................................................................
..................................................................
..................................................................

[ ] PERSONAL SERVICE | Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found).

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE ........................ for ........................
                                    SERVING OFFICER

---

NAME: ..................................................................

ADDRESS: ..................................................................
..................................................................
..................................................................

[ ] PERSONAL SERVICE | Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE ........................ for ........................
                                    SERVING OFFICER

---

NAME: ..................................................................

ADDRESS: ..................................................................
..................................................................
..................................................................

[ ] PERSONAL SERVICE | Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE ........................ for ........................
                                    SERVING OFFICER

---

OBJECTION TO VENUE:

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

---

NAME: ..................................................................

ADDRESS: ..................................................................
..................................................................
..................................................................

[ ] PERSONAL SERVICE | Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE ........................ for ........................
                                    SERVING OFFICER

I certify that I mailed a copy of this document to the defendants named herein at the address shown therein on

6-11-18    ........................
DATE

[•] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ..................................................
Interrogatories issued on: ..................................................
Garnishment issued on ..................................................

FORM DC-412, DC-414 (REVERSE) REVISED 07/04

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79

.................................................. General District Court

TO ANY AUTHORIZED OFFICER: You are summoned to appear before this Court at the above address on

TO THE DEFENDANT(S): You are hereby commanded to summon the Defendant(s).

June 15th 2018 9:00 am .......to answer the Plaintiff's claim (see below)

RETURN DATE AND TIME

DATE ISSUED ............................

STREET ADDRESS OF COURT

CITY OR COUNTY

☐ CLERK    ☐ DEPUTY CLERK    ☐ MAGISTRATE

18 MAY 10 PM 12:55

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 150.00 .......net of any credits, with interest at.... 6 ....% from date of... DOJ .....until paid,

$ 58.00 .......costs and $ ................. attorney's fees with the basis of this claim being

☐ Open Account    ☐ Contract    ☐ Note    ☐ Other (EXPLAIN): I never

Received an itemized statement ex.plaining

Why I do not receive my court cost & depos.f.

HOMESTEAD EXEMPTION WAIVED? ☐ YES    ☐ NO    ☐ cannot be demanded

5-10-18 ...................... Carollo Cruz

DATE    ☐ PLAINTIFF ☐ PLAINTIFF'S ATTORNEY ☐ PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against ☐ named Defendant(s) ..........................................

for $ ..................... net of any credits, with interest at ............ % from date

of .............................. until paid, $ ................. costs and $ ............ attorney's fees

HOMESTEAD EXEMPTION WAIVED? ☐ YES    ☐ NO    ☐ CANNOT BE DEMANDED

☐ JUDGMENT FOR    ☐ NAMED DEFENDANTS ☐ ...............................

☐ NON-SUIT    ☐ DISMISSED .......................................

Defendant(s) Present? ☐ YES ...............................

☐ NO ............................

DATE ........................    JUDGE ......................

FORM DC-412X (FRONT) 07/04 (A10172 1200)

---

CASE NO. ....................

**The Breeden Pky Inc**

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Carlos, Ernestine A.

Chesapeake VA 23320

2418 NW Hawk Point March

757-921-1200

v.

DEFENDANT(S) (LASTNAME, FIRST NAME, MIDDLE INITIAL)

R/A Thomas G. Dinson, Jr

Wilcox & Savage P.C.

440 Monticello Ave. Ste.

Norfolk VA 23510-2200

**WARRANT IN DEBT**

* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

☐ To dispute this claim, you must appear on the return date to try this case.

☐ To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ............ ORDERED ........... DUE ..........

Grounds of Defense ........... ORDERED ........... DUE ..........

ATTORNEY FOR PLAINTIFF(S) .............................

ATTORNEY FOR DEFENDANT(S) .............................

**HEARING DATE AND TIME**

June 15th 20

9:00 AM

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

............. DATE

............. CLERK

**DISABILITY ACCOMMODATION** for loss of hearing, vision, mobility, etc. contact the court ahead of time.

DEFENDANT

## Return of Service

*ERNESTINE A COMBS vs THE BREEDING COMPANY*

**Case #:** GV18008653-00

**Paper Type:** Warrant in Debt

**Court Date:** 6/15/2018

18-50698



**Name:** THE BREEDING COMPANY,

**Address:** 4400 MONTICELLO AVENUE
2200
Norfolk, VA

**Date Served:** 5/29/2018 1:28:00 PM

**Type of Service:** Office Service

**Note:** ATTY. JOHNSON

**Serving Officer:** Corporal A. Bell

**For:** Joseph P. Baron, Sheriff

**WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)**
Commonwealth of Virginia        VA. CODE § 16.1-79

2500 WASHINGTON AVE, NEWPORT NEWS, VA. 23607
STREET ADDRESS OF COURT

NEWPORT NEWS
CITY OR COUNTY

.......................................................... General District Court

CASE NO.  GV1800 8653-00

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above location
RETURN DATE AND TIME ................... to answer the Plaintiff(s)' civil claim (see below)

DATE ISSUED  5-10-18

[ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 150.00 ..... net of any credits, with interest at ........ 6.00 % from date of ....... DOJ ..... until paid,
$ ........ 58.00 ...... costs and $ ......................... attorney's fees with the basis of this claim being
[ ] Open Account [ ] Contract [ ] Note [ ] Other (EXPLAIN)
I NEVER RECEIVED AN ITEMIZED STATEMENT EXPLAINING WHY I DID
NOT RECEIVE MY SECURITY DEPOSIT.
HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] cannot be demanded

**CASE DISPOSITION**
JUDGMENT against [ ] named Defendant(s) [ ].
for $ ........................................... net of any credits, with interest at .......... % from date
of ......................................... until paid, $ ................... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ].
[ ] NON-SUIT [ ] DISMISSED
Defendant(s) Present? [ ] YES [ ] NO

DATE

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

**WARRANT IN DEBT**

COMBS, ERNESTINE A
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

(757) 921-1206

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

18-50698

SERVE:

4400 MONTICELLO AVE STE 2200
NORFOLK, VA 23510

TO DEFENDANT: You are not required to appear; however,
if you fail to appear, judgment may be entered against you. See
the additional notice on the reverse about requesting a change
of trial location.
[ ] To dispute this claim, you must appear on the return date to
by this case.
[ ] To dispute this claim, you must appear on the return date to
for the judge to set another date for trial.
Bill of Particulars
Grounds of Defense  DUE  8/17/18
ATTORNEY FOR PLAINTIFF(S)  DUE  9/18/18

ATTORNEY FOR DEFENDANT(S)

JUDGMENT PAID OR SATISFIED
PURSUANT TO ATTACHED NOTICE OF SATISFACTION.
DATE

CLERK

**HEARING DATE AND TIME**

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

JUDGMENT VACATED

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

NAME ..........................................

ADDRESS .....................................

[ ] PERSONAL SERVICE  Tel. No.

"Being unable to make personal service, a copy was delivered in the following manner:"

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE _____    SERVING OFFICER

for _____

---

NAME ..........................................

ADDRESS .....................................

[ ] PERSONAL SERVICE  Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE _____    SERVING OFFICER

for _____

---

NAME ..........................................

ADDRESS .....................................

[ ] PERSONAL SERVICE  Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE _____    SERVING OFFICER

for _____

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

DATE  6-1-18

[ ] Plaintiff
[ ] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ..........................................

Interrogatories issued on ..........................................

Garnishment issued on ..........................................

---

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04

# SUMMONS FOR UNLAWFUL DETAINER
(CIVIL CLAIM FOR EVICTION)

VA. CODE § § 8.01-126

Commonwealth of Virginia ......... General District Court

Chesapheake .........
CITY OR COUNTY

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below:
TO THE DEFENDANT(S): You are commanded to appear before this Court on

307 Albemarle Drive, Chesapeake, VA 23322 .........
STREET ADDRESS OF COURT

May 10, 2019 ......... @ 9:00 A.M. ......... to answer this civil claim.

[ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

RETURN DATE AND TIME

CLAIM AND AFFIDAVIT: That Defendant(s) unlawfully detains and withholds from Plaintiff(s):

2105 Silverberry Drive #306 Chesapeake, VA 23321 .........
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

and that the Defendant should be removed from possession based on the following:
[ ] unpaid rent [ ] ......... April, Rent and All rents, charges, and damages due as of the hearing,
and further that rent is due and owing and damages have been incurred as follows:
$ 1395.00 ......... rent due for ......... April, 2019 .........
RENT ......... PERIOD

$ ......... damages for .........
$ 52.00 ......... civil recovery and $ 140.00 ......... late fee
$ ......... costs and $ 125.00 ......... attorney's fees,
with interest ......... 6% DOI ......... from .........
RATE(S) AND BEGINNING DATE(S)

Plaintiff requests judgment for all amounts due as of the date of the hearing.
This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, § 55-248.2 et seq. of the Code of Virginia.
All required notices have been given.

Subscribed and sworn to before me this ......... day of ......... 20 .........
[x] PLAINTIFF(S) [X] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S AGENT

My commission expires: 10/31/2021 .........
NOTARY REGISTRATION NO. 266209

[ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [X] NOTARY PUBLIC

[ ] City [ ] County of ......... Virginia Beach .........

DATE ISSUED 4/18/19

## CASE DISPOSITION
[ ] JUDGMENT that Plaintiff(s) recover against ......... (named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-128.

[ ] A hearing shall be held on ......... to establish final rent and damages.
DATE AND TIME

[ ] Immediate writ of possession
[ ] I ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
[ ] I granted pursuant to Va. Code § 55-243(C) or § 55-248.34-1(C).
DEFENDANT(S) PRESENT? [X] YES [ ] NO

$ ......... Rent, in the sum of $ ......... and $ ......... and late fee
$ ......... and $ ......... damages with interest ......... RATE(S) AND BEGINNING DATE(S) ......... and
$ ......... costs and $ ......... attorney's fees,
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] civil recovery and $ .........
NON-SUIT [ ] DISMISSED [ ] DISMISSED DEFENDANT(S) PRESENT? [X] YES [ ] NO

DATE 5-10-19

JUDGE

JUDGE

FORM DC-421 FRONT 07/18

---

CASE NO. GV19~6578 .........

Combs, Ernestine .........
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)

2105 Silverberry Drive #306

Chesapeake, VA 23321

......... TELEPHONE NUMBER

v.

KPM LLC t/a Clairmont at Jolliff Landing Apts .........
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)

5000 Honeysuckle Lane

Chesapeake, VA 23321

(757) 542-8040 ......... TELEPHONE NUMBER

TO DEFENDANT: You are not required to appear,
however, if you fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting a change of trial location and your right
to prevent this unlawful detainer action through payment
of amounts owed.

[ ] To dispute this case, you must appear on the return
date to try this case
[x] To dispute this case, you must appear on the return
date for the judge to set another date for trial.

If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Bill of Particulars ordered ......... DUE DATE
Grounds of Defense ordered ......... DUE DATE

ATTORNEY FOR PLAINTIFF(S)
Tanja Korpi/ KPM LLC 1128 Independence Blvd.
STE 200 Virginia Beach VA 23455
(757) 295-8985 ......... TELEPHONE NUMBER

ATTORNEY FOR DEFENDANT(S)
......... TELEPHONE NUMBER

DISABILITY ACCOMMODATIONS for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

### HEARING DATE AND TIME

May 10, 2019
@ 9AM

Private Process -
Chapman

HEARING DATE AND TIME

[ ] Redemption tender
presented; continued to:
......... HEARING DATE AND TIME

[ ] Defendant must pay:
$ ......... RENT OWED
into the court to be held in
escrow by ......... DATE
and any rents coming due prior
to the next hearing date must
also be paid into the court.

Judge Bealois

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION .........
JUDGE'S INITIALS

......... DATE .........
CLERK

FORM DC-421 REVERSE 10/17

**To the Defendant(s):**

(1) The preferred location for an Unlawful Detainer action is the city or county where the property is located. If the plaintiff has filed this case in a city or county other than where the property you rent is located, you may object to the location. The court may transfer the case to the preferred location, if the court agrees with you. The court may award costs and attorney's fees to you if the court agrees with your objection. To object to the location of the suit, you must do the following:

- Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) Plaintiff(s)' name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

- File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.

- If you mail your written request to the court, the clerk will notify you of the judge's decision.

(2) If you pay the landlord or his attorney or pay into court all (i) rent due and owing as of the court date as contracted for in the rental agreement, (ii) other charges and fees as contracted for in the rental agreement, (iii) late charges contracted for in the rental agreement, (iv) reasonable attorney fees as contracted for in the rental agreement, and (v) costs of the proceeding as provided by law, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55-243 or 55-248.34:1. You may exercise this right only once every 12 months that you continue to live in the same place, regardless of the term of the rental agreement or any renewal term.

(3) You may tell your landlord that you want another person to receive a copy of this summons, and the landlord shall send a copy to that person. However, the person you identify will not, by receiving a copy of the summons, become a party to the case or be able to challenge the landlord's actions on your behalf. Virginia Code § 55-248.9.1

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

...... 4/17/19 ......
DATE

[ ] PLAINTIFF    [ ] PLAINTIFF'S ATTORNEY    [×] PLAINTIFF'S AGENT

Fi. Fa. issued on .......................................

Interrogatories issued on .......................................

Garnishment issued on .......................................

---

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

Name ...............................................................

Address ...................................... Tel. No. ...............

[ ] Personal Service

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.
  ...............................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

...... DATE ...... for ......

[ ] Not found

................................................................
SERVING OFFICER

---

Name ...............................................................

Address ...................................... Tel. No. ...............

[ ] Personal Service

[ ] Being unable to make personal service, a copy was delivered in the following manner:
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.
  ...............................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

...... DATE ...... for ......

[ ] Not found

................................................................
SERVING OFFICER

# SUMMONS FOR UNLAWFUL DETAINER
(CIVIL CLAIM FOR EVICTION)

VA. CODE §§ 8.01-126
Commonwealth of Virginia
General District Court

Chesapeake
CITY OR COUNTY

307. Albemarle Drive, Chesapeake, VA 23322
STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:** Summon the Defendant(s) as provided below:

**TO THE DEFENDANT(S):** You are commanded to appear before this Court on

May. 10, 2019 @ 9:00 A.M. to answer this civil claim.
RETURN DATE AND TIME

4/12/19
DATE ISSUED

**CLAIM AND AFFIDAVIT:** That Defendant(s) unlawfully detains and withholds from Plaintiff(s):

2105 Silverberry Drive #306 Chesapeake, VA 23321
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

and that the Defendant should be removed from possession based on the following:

☒ unpaid rent [ ] ........ April Rent and All rent, charges, and damages due as of the date of the hearing,

and further that rent is due and owing and damages have been incurred as follows:

$ 1,395.00 rent due for ........ April, 2019
RENT                                    PERIOD

and $ ............ 52.00 ............ damages for ........................ 140.00 ........ late fee

☒ and $ ............ civil recovery and $ ........ 125.00 ........ attorney's fees.
RATE(S) AND BEGINNING DATE(S)

☒ Plaintiff requests judgment for all amounts due as of the date of the hearing.

☒ This summons is filed to terminate a tenancy pursuant to the Virginia Residential Landlord and Tenant
Act, § 55-248.2 et seq. or the Code of Virginia.

All required notices have been given.

Subscribed and sworn to before me this ....... day of ................, 20 ... 9

My commission expires: 10/31/2021

NOTARY REGISTRATION NO. 7365709 ........ [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE [ ] NOTARY PUBLIC

## CASE DISPOSITION

☒ JUDGMENT that Plaintiff(s) recover against ☒ named DEFENDANT(S).
☒ possession of the premises described above pursuant to § 8.01-128.

[ ] A hearing shall be held on ........................................ to establish final rent and damages.
DATE AND TIME

[ ] Immediate writ of possession
[ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
[ ] granted pursuant to Va. Code § 55-243(C) or § 55-248.34-1(C).
DEFENDANT(S) PRESENT? ☒ YES [ ] NO

[ ] Rent, in the sum of $ .................................... and $ ........................ late fee
and $ ..................................

$ .................. costs and $ .................... damages with interest ..................
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S)
[ ] NON-SUIT [ ] DISMISSED DEFENDANT(S) PRESENT? ☒ YES [ ] NO

5-10-19
DATE

FORM DC-421 FRONT 07/18

---

CASE NO. GV19-6578

KPM LLC t/a Clairmont at Jolliff Landing Apts
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)

5000 Honeysuckle Lane
STREET ADDRESS

Chesapeake, VA 23321
(757) 542-8040
TELEPHONE NUMBER

v.

Combs, Ernestine
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)

2105 Silverberry Drive #306.
STREET ADDRESS

Chesapeake, VA 23321
TELEPHONE NUMBER

**TO DEFENDANT:** You are not required to appear,
however, if you fail to appear, judgment may be entered
against you. See the additional notice on the reverse
about requesting a change of trial location and your right
to prevent this unlawful detainer action through payment
of amounts owed.

[ ] To dispute this case, you must appear on the return
date to try this case

[ ] To dispute this case, you must appear on the return
date for the Judge to set another date for trial.

If you fail to appear and a default judgment is entered
against you, a writ of possession may be issued
immediately for possession of the premises.

Bill of Particulars ordered ........................................
DUE DATE

Grounds of Defense ordered ........................................
DUE DATE

**ATTORNEY FOR PLAINTIFF(S)**
Tanja Korpi/ KPM LLC 1128 Independence Blvd
STE 200 Virginia Beach VA 23455
(757) 295-8985
TELEPHONE NUMBER

**ATTORNEY FOR DEFENDANT(S)** ........................................
TELEPHONE NUMBER

**DISABILITY ACCOMMODATIONS** for loss of
vision, hearing, mobility, etc. Contact the court ahead of
time.

---

HEARING DATE AND TIME

Private Process -
Chapman

@ 9AM

May 10, 2019

HEARING DATE AND TIME

[ ] Redemption tender
presented/ continued to:

[ ] Defendant must pay:

$ ..................
RENT OWED

into the court to be held in
escrow by: ........................
DATE

and any rents coming due prior
to the next hearing date must
also be paid into the court.

JUDGE'S INITIALS

MONEY JUDGMENT PAID OR
SATISFIED PURSUANT TO
ATTACHED NOTICE OF
SATISFACTION

DATE

CLERK

FORM DC-421 REVERSE 10/17

**To the Defendant(s):**

(1) The preferred location for an Unlawful Detainer action is the city or county where the property is located. If the plaintiff has filed this case in a city or county other than where the property you rent is located, you may object to the location. The court may transfer the case to the preferred location, if the court agrees with you. The court may award costs and attorney's fees to you if the court agrees with your objection. To object to the location of the suit, you must do the following:

- Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the left column under the words "TO THE DEFENDANT(S)," (c) plaintiff's name(s) and your name(s), (d) "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

- File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to the plaintiff.

- If you mail your written request to the court, the clerk will notify you of the judge's decision.

(2) If you pay the landlord or his attorney or pay into court all (i) rent due and owing as of the court date as contracted for in the rental agreement, (ii) other charges and fees as contracted for in the rental agreement, (iii) late charges contracted for in the rental agreement, (iv) reasonable attorney fees as contracted for in the rental agreement or as provided by law, and (v) costs of the proceeding as provided by law, this unlawful detainer action will be dismissed pursuant to Virginia Code § 55-243 or 55-248.34:1. You may exercise this right only once every 12 months that you continue to live in the same place, regardless of the term of the rental agreement or any renewal term.

(3) You may tell your landlord that you want another person to receive a copy of this summons, and the landlord shall send a copy to that person. However, the person you identify will not, by receiving a copy of the summons, become a party to the case or be able to challenge the landlord's actions on your behalf. Virginia Code § 55-248.9:1

I certify that I mailed a copy of this document to the defendants named therein at the address shown herein on ................

DATE ....4./.1./.1.9......

.................................... [ ] PLAINTIFF    [ ] PLAINTIFF'S ATTORNEY    [x] PLAINTIFF'S AGENT

Fi. Fa. issued on ........................................

Interrogatories issued on ........................................

Garnishment issued on ........................................

---

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

Name ........................................

Address ........................................

[ ] Personal Service        Tel. No. ........................

[ ] Being unable to make personal service, a copy was delivered in the following manner
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older a usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. ........................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

DATE ................    for ........................    SERVING OFFICER ........................

[ ] Not found

---

Name ........................................

Address ........................................

[ ] Personal Service        Tel. No. ........................

[ ] Being unable to make personal service, a copy was delivered in the following manner
  [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. ........................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on the Secretary of the Commonwealth

[ ] Not found

DATE ................    for ........................    SERVING OFFICER ........................

Ernest
P.O. Box #216
N.N., VA 23669

U.S. Bankruptcy Court
Attn: Hon. Stephen C. St. John
600 Granby Street  Room 40
Courtroom I, 4th Floor
Norfolk, VA 23510




1024
23510
U.S. POSTAGE PAID
FCM LG ENV
NEWPORT NEWS
23602
JAN 12, 21
AMOUNT
$1.80
R2306K139780-04